*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided September 20, 1994

## STATE OF CONNECTICUT *v.* JOHN ROY

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 751 (AC 12281), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant was not entitled to review of his challenge to the sufficiency of the evidence for his conviction?"

The Supreme Court docket number is SC 15040.

*Daniel S. Blinn,* special public defender, in support of the petition.

*Nancy L. Gillespie,* deputy assistant state's attorney, in opposition.

Decided September 20, 1994